IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL L. WILKINS,

        Plaintiff,

v.   No. 2:14-cv-00426-CG-WPL

LOCKHEED MARTIN CORPORATION,

        Defendant.

### ORDER ON DEFENDANT LOCKHEED MARTIN CORPORATION'S MOTION TO DISMISS

**THIS MATTER** is before the Court on Defendant Lockheed Martin Corporation's *Unopposed Motion to Dismiss State Law Claims Based on the Federal Enclave Doctrine* ("Motion"), filed May 14, 2014, (Doc. 6). Plaintiff Michael L. Wilkins does not oppose the Motion so long as he is given 15 days leave to file an amended complaint to allege federal-law claims against Defendant Lockheed Martin Corporation.

**IT IS THEREFORE ORDERED** that: (i) Plaintiff Michael L. Wilkins' state law causes of action alleged in his Complaint, (Doc. 1-3), are dismissed with prejudice; and (ii) Plaintiff is granted until June 2, 2014 to file an amended complaint.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: ___*/s/ Scott D. Gordon*___
      Scott D. Gordon
Post Office Box 1888
Albuquerque, New Mexico  87103
(505) 765-5900
(505) 768-7395 [fax]
sgordon@rodey.com
ATTORNEYS FOR DEFENDANT


Approved by:

By: ___Approved telephonically on 5-14-14___
      Dennis L. Richard
      SBN: 4841
Law Office of Dennis L. Richard
4171 North Mesa, Suite B-201
El Paso, TX 79902
(915) 533-2211
(915) 533-2244 [fax]
dennis@dlrep.com
ATTORNEY FOR PLAINTIFF